```
 1  EILEEN M. DECKER
    United States Attorney
 2  LEON W. WEIDMAN
 3  Assistant United States Attorney
    Chief, Civil Division
 4  JENNIFER A. KENNEY, CSBN 241625
 5  Special Assistant United States Attorney
          160 Spear Street, Suite 800
 6        San Francisco, CA  94105
 7        Telephone:  (415) 977-8945
          Facsimile:  (415) 744-0134
 8        E-Mail:  Jennifer.A.Kenney@ssa.gov
 9
10  Attorneys for Defendant Commissioner of Social Security
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W. BLEAM, | ) 2:15-cv-00357-JEM |
| | ) |
| Plaintiff, | ) [PROPOSED] |
| | ) JUDGMENT OF REMAND |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

Judgment for Remand, Sentence Four 15-00357-JEM

-1-

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Dated: 8/25/2015

*John E. McDermott*
HON. JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

Judgment for Remand, Sentence Four 15-00357-JEM

-2-